Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
          wklomp@swlaw.com
*Attorneys for Plaintiff Wells Fargo
Financial Nevada 2, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a domestic corporation, | Case No. 2:17-cv-00125-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS (ECF NO. 11)** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; and EAGLE CREEK COMMUNITY ASSOCIATION, a Nevada nonprofit corporation; | **(FIRST REQUEST)** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company, | |
| Counter-Claimant, | |
| vs. | |
| WELLS FARGO FINANCIAL NEVADA 2, INC., a domestic corporation; JACK E. SMITH, an individual; BETTY A. SMITH, an individual, | |
| Counter-Defendant Cross-Defendants. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1

**STIPULATION**

2    Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and between Plaintiff and

3  Counter-Defendant, Wells Fargo Financial Nevada 2, Inc. ("Wells Fargo"), Defendant Eagle

4  Creek Community Association ("Eagle Creek"), and Defendant and Counter-Claimant SFR

5  Investments Pool 1, LLC ("SFR", and together with Wells Fargo and Eagle Creek, the "Parties"),

6  by and through their counsel, as follows:

7    Eagle Creek filed a Motion to Dismiss Certain Causes of Action in Wells Fargo's

8  Complaint ("Motion to Dismiss," ECF No. 11) on April 11, 2017. SFR filed a Limited Response

9  to the Motion to Dismiss ("SFR Response," ECF No. 14) on April 18, 2017. Wells Fargo's

10 response to the Motion to Dismiss is currently due April 25, 2017. Eagle Creek's reply to SFR's

11 Limited Opposition is also due April 25, 2017, and Eagle Creek's reply to Wells Fargo's response

12 would be due May 2, 2017.

13   The Parties stipulate, agree, and request the Court enter an order providing that Wells

14 Fargo's response to the Motion to Dismiss be extended until **May 5, 2017**. Additionally, the

15 Parties stipulate, agree, and request the Court enter an order providing that Eagle Creeks reply to

16 both the SFR Response and any response filed by Wells Fargo be extended to **May 19, 2017**.

17   This is the Parties' first request for an extension of time regarding the briefing schedule on

18 the Motion to Dismiss, and is not intended to cause any delay or prejudice to any party. The

19 Parties hereto agree to an extension in good faith in light of the litigation work load of the Parties,

20 the excessive number of litigation matters currently in process for the Parties, and in order to

21 provide time for the Parties to brief the issues relevant to this litigation which are constantly

22 changing due to the high number of similar cases.

23

24   *(Signatures and Order for Stipulation and Order to Extend Briefing Schedule on Motion to*

25   *Dismiss (ECF No. 11) continued to next page.)*

26

27

28

*(Signatures and Order for Stipulation and Order to Extend Briefing Schedule on Motion to Dismiss (ECF No. 11))*

DATED this 21st day of April, 2017.         DATED this 21st day of April, 2017.

GORDON REES                  SNELL & WILMER L.L.P.

By:   */s/ Rachel L. Wise*          By:   */s/ Wayne Klomp*
    Robert S. Larsen, Esq.             Jeffrey Willis, Esq.
    Nevada Bar No. 7785              Nevada Bar No. 4797
    Rachel L. Wise, Esq.              Wayne Klomp, Esq.
    Nevada Bar No. 12303             Nevada Bar No. 10109
    300 South Fourth Street, Suite 1550   50 West Liberty Street, Suite 510
    Las Vegas, Nevada 89101          Reno, Nevada 89501
    *Attorneys for Eagle Creek Community*  *Attorneys for Wells Fargo Financial*
    *Association*                        *Nevada 2, Inc.*

DATED this 21st day of April, 2017.

KIM GILBERT EBRON

By:   */s/ Diana Cline Ebron*
    Diana Cline Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    *Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

DATED: April 25, 2017

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: April 21, 2017

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.