Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: afugazzi@swlaw.com
    kdove@swlaw.com
    wklomp@swlaw.com
*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; and EAGLE CREEK COMMUNITY ASSOCIATION, a Nevada nonprofit corporation;<br><br>Defendants. | Case No. 2:17-cv-00125-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>WELLS FARGO FINANCIAL NEVADA 2, INC., a domestic corporation; JACK E. SMITH, an individual; BETTY A. SMITH, an individual,<br><br>Counter-Defendant<br>Cross-Defendants. | |

4825-1489-1193

1    It is hereby stipulated and agreed by and between the Plaintiff/Counter-Defendant Wells Fargo Financial Nevada 2, Inc. and Defendant/Counter-Claimant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties") by and through their respective counsel that all claims in this action between the Parties will be dismissed with prejudice.

Nothing in this Stipulation is intended to or should be construed to affect SFR's existing claims, or judgments against any other party to this action.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 13th day of April, 2020

KIM GILBERT EBRON

By: */s/ Jacqueline A. Gilbert*
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    *Attorneys for SFR Investments Pool 1, LLC*

DATED this 13th day of April, 2020

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
    Alex L. Fugazzi, Esq.
    Nevada Bar No. 9022
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    3883 Howard Hughes Pkwy, Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Wells Fargo Financial Nevada 2, Inc.*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 13, 2020

4825-1489-1193

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: April 13, 2020

      */s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

- 3 -

4825-1489-1193